UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                  Chapter 13
                                         Case No. 17-12967 CGM

**CARMINE ALESSANDRO,**

                                         **ORDER DISMISSING CASE**

                   Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        It appearing that the above named debtor filed an original petition under Chapter 13 of the Bankruptcy Code and relief was ordered on October 23, 2017; and it further appearing that upon the motion of the Office of the United States Trustee dated December 15, 2017 to dismiss the case pursuant to 11 U.S.C. §1307(c) on the ground of abusive filings, and <u>***after a hearing held on February 1, 2018***</u> it having been determined that it is in the best interests of creditors and the estate to dismiss this case with prejudice,

        **NOW IT IS**

        **ORDERED**, that the case of the above named debtor be, pursuant to 11 U.S.C .§1307(c), dismissed with prejudice, barring the debtor from filing another bankruptcy case for five years without leave of Court and that the automatic stay shall not apply.



**Dated: February 6, 2018**
     **Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**